# ANTHONY  ROMERO

**Earnings Statement**

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

(MVJ)BW MONUMENT HOTEL OWNER LLC

SSN: xxx-xx-3191   **Pay Period:** 03/13/2022 to 03/26/2022

**Rate:** Exempt

**Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00

**Paycheck Date:** 04/01/2022   **Paycheck Number:**0008001223   **State:** S / 2 / 0 / $0.00

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $368.00 |
| PTO | | | | $0.00 | $1,800.00 |
| Regular Hours | | | | $0.00 | $3,312.00 |
| Regular Hours | | | | $2,000.00 | $8,200.00 |
| **Gross Earnings** | | | | **$2,000.00** | **$13,680.00** |

| Taxes | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $84.00 | $574.00 |
| Fed Income Tax | | | | $172.33 | $1,167.91 |
| Fed Medicare | | | | $29.00 | $198.36 |
| Fed Soc Sec | | | | $124.00 | $848.16 |
| **Net Earnings** | | | | **$1,590.67** | **$10,891.57** |

## Direct Deposit Distribution

| | Current Amount | YTD Amount |
|---|---|---|
| Dep Chkg xxx108 | $1,590.67 | $3,181.34 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| CO SICK LEAVE 2022 | 2.6700 | 12.9300 | 0.0000 | 12.9300 |
| PTO | 4.6200 | 150.7100 | 72.0000 | 78.7100 |

REMOVE SIDE EDGES FIRST

THEN FOLD AND TEAR THIS STUB ALONG PERFORATION

# ANTHONY ROMERO

**Earnings Statement**

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

(MVJ)BW MONUMENT HOTEL OWNER LLC    **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER    **Federal:** S / 2 / $0.00

SSN: xxx-xx-3191    **Pay Period:** 02/13/2022 to 02/26/2022    **Paycheck Date:** 03/04/2022    **Paycheck Number:** 0008001175    **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | $0.00 | $368.00 |
| PTO | | | | | $0.00 | $1,000.00 |
| Regular Hours | | | | | $0.00 | $3,312.00 |
| Regular Hours | | | | | $2,000.00 | $5,000.00 |
| | Gross Earnings | | | | $2,000.00 | $9,680.00 |

| Taxes | | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| CO State | | | | | $84.00 | $406.00 |
| Fed Income Tax | | | | | $172.33 | $823.25 |
| Fed Medicare | | | | | $29.00 | $140.36 |
| Fed Soc Sec | | | | | $124.00 | $600.16 |
| | Net Earnings | | | | $1,590.67 | $7,710.23 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| CO SICK LEAVE 2022 | 2.6700 | 8.6700 | 0.0000 | 8.6700 |
| PTO | 4.6200 | 143.3200 | 40.0000 | 103.3200 |

▽  **REMOVE DOCUMENT ALONG THIS PERFORATION**  ▽

# ANTHONY ROMERO

**Earnings Statement**

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

(MVJ)BW MONUMENT HOTEL OWNER LLC     Dept: Department: 010 / 51 / 5101 / ENGINEERING MANAGER    **Federal:** S / 2 / $0.00

SSN: xxx-xx-3191    Pay Period: 02/27/2022 to 03/12/2022    Paycheck Date: 03/18/2022    Paycheck Number: 0008001198    **State:** S / 2 / 0 / $0.00

Rate: Exempt

## Earnings

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $368.00 |
| PTO | | | | $800.00 | $1,800.00 |
| Regular Hours | | | | $1,200.00 | $6,200.00 |
| Regular Hours | | | | $0.00 | $3,312.00 |
| Gross Earnings | | | | $2,000.00 | $11,680.00 |

## Taxes

| | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $84.00 | $490.00 |
| Fed Income Tax | | | | $172.33 | $995.58 |
| Fed Medicare | | | | $29.00 | $169.36 |
| Fed Soc Sec | | | | $124.00 | $724.16 |
| Net Earnings | | | | $1,590.67 | $9,300.90 |

## Direct Deposit Distribution

| | Current Amount | YTD Amount |
|---|---|---|
| Dep Chkg xxx108 | $1,590.67 | $1,590.67 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| CO SICK LEAVE 2022 | 1.6000 | 10.2700 | 0.0000 | 10.2700 |
| PTO | 2.7700 | 146.0900 | 72.0000 | 74.0900 |

# ANTHONY ꞈ ꞈꞈ

# Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

(MVJ)BW MONUMENT HOTEL OWNER LLC    **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191    **Pay Period:** 07/19/2020 to 08/01/2020    **Paycheck Date:** 08/07/2020   **Paycheck Number:** 0008000480    **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $561.60 |
| PTO | | | | $0.00 | $865.20 |
| Regular Hours | | | | $0.00 | $11,244.00 |
| Regular Hours | | | | $1,368.00 | $11,354.40 |
| **Gross Earnings** | | | | **$1,368.00** | **$24,025.20** |

## Taxes

| | | Current Amount | YTD Amount |
|---|---|---|---|
| CO State | | $56.00 | $983.00 |
| Fed Income Tax | | $99.33 | $1,845.76 |
| Fed Medicare | | $19.84 | $348.39 |
| Fed Soc Sec | | $84.82 | $1,489.57 |
| **Net Earnings** | | **$1,108.01** | **$19,358.48** |

## Direct Deposit Distribution

| | Current | YTD |
|---|---|---|
| Dep Chkg xxx068 | $1,108.01 | $19,358.48 |

| **Accrual Plans** | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 67.1700 | 0.0000 | 67.1700 |



**Earnings Statement**

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

(MVJ)BW MONUMENT HOTEL OWNER LLC          Dept: Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00
**SSN:** xxx-xx-3191   **Pay Period:** 08/01/2021 to 08/14/2021   **Paycheck Date:** 08/20/2021   **Paycheck Number:** 0008000926   **State:** S / 2 / 0 / $0.00
**Rate:** Exempt

## Earnings

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $714.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular Hours | | | | $0.00 | $17,478.40 |
| Regular Hours | | | | $1,840.00 | $9,752.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$30,076.00** |

## Taxes

| | | Current Amount | YTD Amount |
|---|---|---|---|
| CO State | | $77.00 | $1,257.00 |
| Fed Income Tax | | $155.22 | $2,494.29 |
| Fed Medicare | | $26.68 | $436.09 |
| Fed Soc Sec | | $114.08 | $1,864.66 |
| **Net Earnings** | | **$1,467.02** | **$24,023.96** |

## Direct Deposit Distribution

| | Current Amount | YTD Amount |
|---|---|---|
| Dep Chkg xxx068 | $1,467.02 | $24,023.96 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 82.8600 | 0.0000 | 82.8600 |

# ANTHONY ROMERO

**Earnings Statement**

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

(MVJ)BW MONUMENT HOTEL OWNER LLC

**Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191   **Pay Period:** 07/18/2021 to 07/31/2021   **Paycheck Date:** 08/06/2021   **Paycheck Number:** 0008000909   **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $714.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular Hours | | | | $0.00 | $17,478.40 |
| Regular Hours | | | | $1,840.00 | $7,912.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$28,236.00** |

### Taxes

| | | | | | |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $1,180.00 |
| Fed Income Tax | | | | $155.22 | $2,339.07 |
| Fed Medicare | | | | $26.68 | $409.41 |
| Fed Soc Sec | | | | $114.08 | $1,750.58 |
| **Net Earnings** | | | | **$1,467.02** | **$22,556.94** |

### Direct Deposit Distribution

| | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| Dep Chkg xxx068 | $1,467.02 | $22,556.94 | | |
| **Accrual Plans** | **Current Amount** | **Accrued Amount** | **Taken Amount** | **Available Amount** |
| PTO | 4.6200 | 78.2500 | 0.0000 | 78.2500 |

# ANTHONY ROMERO

**Earnings Statement**

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

**(MVJ)BW MONUMENT HOTEL OWNER LLC**   **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191   **Pay Period:** 08/29/2021 to 09/11/2021   **Paycheck Date:** 09/17/2021   **Paycheck Number:** 0008000960   **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $184.00 | $552.00 |
| Holiday | | | | $0.00 | $346.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular Hours | | | | $0.00 | $17,478.40 |
| Regular Hours | | | | $1,656.00 | $13,248.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$33,756.00** |

## Taxes

| | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $1,411.00 |
| Fed Income Tax | | | | $155.22 | $2,804.73 |
| Fed Medicare | | | | $26.68 | $489.45 |
| Fed Soc Sec | | | | $114.08 | $2,092.82 |
| **Net Earnings** | | | | **$1,467.02** | **$26,958.00** |

## Direct Deposit Distribution

| | Current Amount | Accrued Amount | | |
|---|---|---|---|---|
| Dep Chkg xxx068 | $1,467.02 | $26,958.00 | | |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.1500 | 91.6300 | 0.0000 | 91.6300 |

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION



# ANTHONY ROMERO

## Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

(MVJ)BW MONUMENT HOTEL OWNER LLC    **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191    **Pay Period:** 08/15/2021 to 08/28/2021    **Paycheck Date:** 09/03/2021    **Paycheck Number:** 0008000943    **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $714.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular Hours | | | | $0.00 | $17,478.40 |
| Regular Hours | | | | $1,840.00 | $11,592.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$31,916.00** |

| Taxes | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $1,334.00 |
| Fed Income Tax | | | | $155.22 | $2,649.51 |
| Fed Medicare | | | | $26.68 | $462.77 |
| Fed Soc Sec | | | | $114.08 | $1,978.74 |
| **Net Earnings** | | | | **$1,467.02** | **$25,490.98** |

## Direct Deposit Distribution

| | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Dep Chkg xxx068 | | | | $1,467.02 | $25,490.98 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 87.4800 | 0.0000 | 87.4800 |

**ANTHONY ROMERO**                                              **Earnings Statement**

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

(MVJ)BW MONUMENT HOTEL OWNER LLC          **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER  **Federal:** S / 2 / \$0.00

**SSN:** xxx-xx-3191    **Pay Period:** 09/12/2021 to 09/25/2021    **Paycheck Date:** 10/01/2021    **Paycheck Number:** 0008000977    **State:** S / 2 / 0 / \$0.00

**Rate:** Exempt

| Earnings | | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|---|
| Holiday | | | | | \$0.00 | \$898.24 |
| PTO | | | | | \$0.00 | \$2,131.36 |
| Regular Hours | | | | | \$0.00 | \$17,478.40 |
| Regular Hours | | | | | \$1,840.00 | \$15,088.00 |
| | **Gross Earnings** | | | | **\$1,840.00** | **\$35,596.00** |

| Taxes | | | | | | |
|---|---|---|---|---|---|---|
| CO State | | | | | \$77.00 | \$1,488.00 |
| Fed Income Tax | | | | | \$155.22 | \$2,959.95 |
| Fed Medicare | | | | | \$26.68 | \$516.13 |
| Fed Soc Sec | | | | | \$114.08 | \$2,206.90 |
| | **Net Earnings** | | | | **\$1,467.02** | **\$28,425.02** |

### Direct Deposit Distribution

| | | | | | | |
|---|---|---|---|---|---|---|
| Dep Chkg xxx068 | | | | | \$1,467.02 | \$28,425.02 |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 96.2500 | 0.0000 | 96.2500 |

# ANTHONY ROMERO

# Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

(MVJ)BW MONUMENT HOTEL OWNER LLC          Dept: Department: 010 / 51 / 5101 / ENGINEERING MANAGER  **Federal:** S / 2 / $0.00

SSN: xxx-xx-3191    **Pay Period:** 09/26/2021 to 10/09/2021    **Paycheck Date:** 10/15/2021    **Paycheck Number:** 0008000996    **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $898.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular Hours | | | | $0.00 | $17,478.40 |
| Regular Hours | | | | $1,840.00 | $16,928.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$37,436.00** |

## Taxes

| | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $1,565.00 |
| Fed Income Tax | | | | $155.22 | $3,115.17 |
| Fed Medicare | | | | $26.68 | $542.81 |
| Fed Soc Sec | | | | $114.08 | $2,320.98 |
| **Net Earnings** | | | | **$1,467.02** | **$29,892.04** |

## Direct Deposit Distribution

| | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| Dep Chkg xxx068 | $1,467.02 | $29,892.04 | | |
| **Accrual Plans** | Current Amount | Accrued Amount | Taken Amount | Available Amount |
| PTO | 4.6200 | 100.8600 | 0.0000 | 100.8600 |

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION

# ANTHONY ROMERO

**Earnings Statement**

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

**(MVJ)BW MONUMENT HOTEL OWNER LLC**

**Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191   **Pay Period:** 10/10/2021 to 10/23/2021   **Paycheck Date:** 10/29/2021   **Paycheck Number:**0008001017   **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $898.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular | | | | $1,840.00 | $1,840.00 |
| Regular Hours | | | | $0.00 | $34,406.40 |
| **Gross Earnings** | | | | **$1,840.00** | **$39,276.00** |

| Taxes | | | | | |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $1,642.00 |
| Fed Income Tax | | | | $155.22 | $3,270.39 |
| Fed Medicare | | | | $26.68 | $569.49 |
| Fed Soc Sec | | | | $114.08 | $2,435.06 |
| **Net Earnings** | | | | **$1,467.02** | **$31,359.06** |

## Direct Deposit Distribution

| | | | | Current Amount | Accrued Amount | |
|---|---|---|---|---|---|---|
| Dep Chkg xxx068 | | | | $1,467.02 | $31,359.06 | |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 105.4800 | 0.0000 | 105.4800 |



# ANTHONY ROMERO

## Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

**(MVJ)BW MONUMENT HOTEL OWNER LLC**     **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER **Federal:** S / 2 / \$0.00

**SSN:** xxx-xx-3191   **Pay Period:** 11/07/2021 to 11/20/2021   **Paycheck Date:** 11/26/2021   **Paycheck Number:** 0008001057   **State:** S / 2 / 0 / \$0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | \$0.00 | \$898.24 |
| PTO | | | | \$0.00 | \$2,131.36 |
| Regular | | | | \$0.00 | \$1,840.00 |
| Regular Hours | | | | \$0.00 | \$17,478.40 |
| Regular Hours | | | | \$1,840.00 | \$20,608.00 |
| **Gross Earnings** | | | | **\$1,840.00** | **\$42,956.00** |

### Taxes

| | | Current Amount | YTD Amount |
|---|---|---|---|
| CO State | | \$77.00 | \$1,796.00 |
| Fed Income Tax | | \$155.22 | \$3,580.83 |
| Fed Medicare | | \$26.68 | \$622.85 |
| Fed Soc Sec | | \$114.08 | \$2,663.22 |
| **Net Earnings** | | **\$1,467.02** | **\$34,293.10** |

### Direct Deposit Distribution

| | Current Amount | Accrued Amount | | |
|---|---|---|---|---|
| Dep Chkg xxx068 | \$1,467.02 | \$32,826.08 | | |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 114.7100 | 0.0000 | 114.7100 |

REMOVE SIDE EDGES FIRST

**Earnings Statement**

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

**(MVJ)BW MONUMENT HOTEL OWNER LLC**

**SSN:** xxx-xx-3191    **Pay Period:** 11/21/2021 to 12/04/2021

**Rate:** Exempt

**Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / \$0.00

**Paycheck Date:** 12/10/2021   **Paycheck Number:** 0008001072    **State:** S / 2 / 0 / \$0.00

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | \$184.00 | \$736.00 |
| Holiday | | | | \$0.00 | \$346.24 |
| PTO | | | | \$0.00 | \$2,131.36 |
| Regular | | | | \$0.00 | \$1,840.00 |
| Regular Hours | | | | \$0.00 | \$17,478.40 |
| Regular Hours | | | | \$1,656.00 | \$22,264.00 |
| **Gross Earnings** | | | | **\$1,840.00** | **\$44,796.00** |

**Taxes**

| | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | \$77.00 | \$1,873.00 |
| Fed Income Tax | | | | \$155.22 | \$3,736.05 |
| Fed Medicare | | | | \$26.68 | \$649.53 |
| Fed Soc Sec | | | | \$114.08 | \$2,777.30 |
| **Net Earnings** | | | | **\$1,467.02** | **\$35,760.12** |

### Direct Deposit Distribution

| | Current Amount | Accrued Amount | | |
|---|---|---|---|---|
| Dep Chkg xxx068 | \$1,467.02 | \$34,293.10 | | |

| **Accrual Plans** | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.1500 | 118.8600 | 0.0000 | 118.8600 |

# ANTHONY ROMERO

**Earnings Statement**

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

**(MVJ)BW MONUMENT HOTEL OWNER LLC**

**SSN:** xxx-xx-3191  **Pay Period:** 12/05/2021 to 12/18/2021

**Rate:** Exempt

**Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER  **Federal:** S / 2 / $0.00

**Paycheck Date:** 12/23/2021  **Paycheck Number:** 0008001087  **State:** S / 2 / 0 / $0.00

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $1,082.24 |
| PTO | | | | $0.00 | $2,131.36 |
| Regular | | | | $0.00 | $1,840.00 |
| Regular Hours | | | | $0.00 | $17,478.40 |
| Regular Hours | | | | $1,840.00 | $24,104.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$46,636.00** |

| Taxes | | | | | |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $1,950.00 |
| Fed Income Tax | | | | $155.22 | $3,891.27 |
| Fed Medicare | | | | $26.68 | $676.21 |
| Fed Soc Sec | | | | $114.08 | $2,891.38 |
| **Net Earnings** | | | | **$1,467.02** | **$37,227.14** |

## Direct Deposit Distribution

| Dep Chkg xxx068 | $1,467.02 | $35,760.12 |
|---|---|---|

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 123.4800 | 0.0000 | 123.4800 |

# ANTHONY ROMERO

# Earnings Statement

## BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035

(MVJ)BW MONUMENT HOTEL OWNER LLC          **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER  **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191   **Pay Period:** 12/19/2021 to 01/01/2022   **Paycheck Date:** 01/07/2022   **Paycheck Number:** 0008001102   **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $368.00 | $368.00 |
| Regular Hours | | | | $1,472.00 | $1,472.00 |
| **Gross Earnings** | | | | **$1,840.00** | **$1,840.00** |

## Taxes

| | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $77.00 | $77.00 |
| Fed Income Tax | | | | $153.13 | $153.13 |
| Fed Medicare | | | | $26.68 | $26.68 |
| Fed Soc Sec | | | | $114.08 | $114.08 |
| **Net Earnings** | | | | **$1,469.11** | **$1,469.11** |

## Direct Deposit Distribution

| | Current Amount | YTD Amount |
|---|---|---|
| Dep Chkg xxx068 | $1,469.11 | $1,469.11 |

## Accrual Plans

| | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 3.6900 | 127.1700 | 0.0000 | 127.1700 |



# ANTHONY ROMERO

# Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

**(MVJ)BW MONUMENT HOTEL OWNER LLC**        **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER  **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191     **Pay Period:** 01/02/2022 to 01/15/2022     **Paycheck Date:** 01/21/2022   **Paycheck Number:** 0008001117          **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount | | |
|----------|----------|-------|-------|----------------|------------|---|---|
| Holiday | | | | $0.00 | $368.00 | | |
| Regular Hours | | | | $1,840.00 | $3,312.00 | | |
| **Gross Earnings** | | | | **$1,840.00** | **$3,680.00** | | |

## Taxes

| | | | | | | | |
|----------|----------|-------|-------|----------------|------------|---|---|
| CO State | | | | $77.00 | $154.00 | | |
| Fed Income Tax | | | | $153.13 | $306.26 | | |
| Fed Medicare | | | | $26.68 | $53.36 | | |
| Fed Soc Sec | | | | $114.08 | $228.16 | | |
| **Net Earnings** | | | | **$1,469.11** | **$2,938.22** | | |

### Direct Deposit Distribution

| | | | | | | | |
|----------|----------|-------|-------|----------------|------------|---|---|
| Dep Chkg xxx068 | | | | $1,469.11 | $2,938.22 | | |

| Accrual Plans | | | | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---------------|----------|-------|-------|----------------|----------------|--------------|------------------|
| PTO | | | | 4.6200 | 131.7800 | 0.0000 | 131.7800 |

REMOVE SIDE EDGES FIRST
THEN FOLD AND TEAR THIS STUB ALONG PERFORATION



# ANTHONY ROMERO

# Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

**(MVJ)BW MONUMENT HOTEL OWNER LLC**

**Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER  **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191  **Pay Period:** 01/17/2021 to 01/30/2021  **Paycheck Date:** 02/05/2021  **Paycheck Number:** 0008000696  **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

## Earnings

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $346.24 |
| PTO | | | | $0.00 | $173.12 |
| Regular Hours | | | | $0.00 | $2,943.04 |
| Regular Hours | | | | $1,730.40 | $1,730.40 |
| **Gross Earnings** | | | | **$1,730.40** | **$5,192.80** |

## Taxes

| Taxes | | | | Current Amount | YTD Amount |
|---|---|---|---|---|---|
| CO State | | | | $73.00 | $219.00 |
| Fed Income Tax | | | | $142.07 | $426.41 |
| Fed Medicare | | | | $25.09 | $75.29 |
| Fed Soc Sec | | | | $107.28 | $321.94 |
| **Net Earnings** | | | | **$1,382.96** | **$4,150.16** |

## Direct Deposit Distribution

| | Current Amount | YTD Amount |
|---|---|---|
| Dep Chkg xxx068 | $1,382.96 | $4,150.16 |

## Accrual Plans

| | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| PTO | 4.6200 | 120.2500 | 8.0000 | 112.2500 |

# ANTHONY ROMERO

# Earnings Statement

**BW MONUMENT HOTEL OWNER LLC P.O. BOX 351979 WESTMINISTER, CO 80035**

**(MVJ)BW MONUMENT HOTEL OWNER LLC**      **Dept:** Department: 010 / 51 / 5101 / ENGINEERING MANAGER   **Federal:** S / 2 / $0.00

**SSN:** xxx-xx-3191   **Pay Period:** 01/16/2022 to 01/29/2022   **Paycheck Date:** 02/04/2022   **Paycheck Number:** 0008001137   **State:** S / 2 / 0 / $0.00

**Rate:** Exempt

| Earnings | Pay Rate | Hours | Units | Current Amount | YTD Amount | | |
|---|---|---|---|---|---|---|---|
| Holiday | | | | $0.00 | $368.00 | | |
| PTO | | | | $1,000.00 | $1,000.00 | | |
| Regular Hours | | | | $1,000.00 | $1,000.00 | | |
| Regular Hours | | | | $0.00 | $3,312.00 | | |
| **Gross Earnings** | | | | **$2,000.00** | **$5,680.00** | | |

| Taxes | | | | | | | |
|---|---|---|---|---|---|---|---|
| CO State | | | | $84.00 | $238.00 | | |
| Fed Income Tax | | | | $172.33 | $478.59 | | |
| Fed Medicare | | | | $29.00 | $82.36 | | |
| Fed Soc Sec | | | | $124.00 | $352.16 | | |
| **Net Earnings** | | | | **$1,590.67** | **$4,528.89** | | |

## Direct Deposit Distribution

| | | | | Current Amount | YTD Amount | | |
|---|---|---|---|---|---|---|---|
| Dep Chkg xxx068 | | | | $1,590.67 | $4,528.89 | | |

| Accrual Plans | Current Amount | Accrued Amount | Taken Amount | Available Amount |
|---|---|---|---|---|
| CO SICK LEAVE 2022 | 1.3300 | 3.3300 | 0.0000 | 3.3300 |
| PTO | 2.3100 | 134.0900 | 40.0000 | 94.0900 |

REMOVE SIDE EDGES FIRST