Certificate Number: 17572-CO-DE-036487917

Bankruptcy Case Number: 22-11151



17572-CO-DE-036487917

## CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on April 19, 2022, at 7:42 o'clock PM PDT, Anthony Romero completed a course on personal financial management given by internet by Dollar Learning Foundation, Inc., a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the District of Colorado.

Date: April 19, 2022

By: /s/Kelly Faulks

Name: Kelly Faulks

Title: Counselor